UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60310-CIV-SMITH

FRANCISCO DURAN,

    Plaintiff,

vs.

MORAN FOODS, LLC, *ET AL.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 31], in which she recommends approving the settlement agreement between Plaintiff and Defendant Moran Foods, LLC and dismissing the case against Moran Foods, LLC with prejudice. No objections have been filed. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 31] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Joint Motion for Order Approving Settlement Agreement and for Dismissal with Prejudice as to Defendant Moran Foods, LLC [DE 22] is **GRANTED.** The Settlement Agreement is approved.

3) All pending motions are **DENIED as moot.**

4) Defendant Moran Foods, LLC is **DISMISSED with prejudice.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of May, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record